## DISTRICT COURT OF THE COUNTY OF NASSAU
## FIRST DISTRICT: HEMPSTEAD

### AFFIDAVIT OF SERVICE

*1270793*

Index no : **CV-009618-21**
Date of Purchase: **06/23/2021**
Office No: **G1741452**

| Plaintiff(s): | **SYNCHRONY BANK** |
| Defendant(s): | **COURTNEY HENRY** |

STATE OF NEW YORK COUNTY OF NASSAU        ss.:
I (Jazmin Patino) being duly sworn deposes and says I am over the age of 18 and reside in New York State.

On **07/14/2021** at **6:25 PM**, I served the within **SUMMONS AND COMPLAINT** on **COURTNEY HENRY** at **23822 116TH RD , ELMONT, NY 11003** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **JANE DOE, CO-TENANT** a person of suitable age and discretion. Person spoken to stated that said premises is intended recipients residence within the state.

Comments: **PERSON WHO ACCEPTED THE DOCUMENTS REFUSED TO GIVE HIS/HER NAME.**

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height (Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| Female | White | Black/Gray | 65+ | 5ft 4- 5ft 8 | 121-140lbs |
| Other Features: | | | | | |

On **07/15/2021** I deposited in the United States mail a true copy or copies of the aformentioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant(s)** at **23822 116TH RD , ELMONT, NY 11003**. That address being the **last known residence, usual place of abode of the Defendant(s)**.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 07/15/2021 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 23822 116TH RD, ELMONT, NY 11003 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on
07/15/2021

Martine Pierre
Notary Public, State of New York
No. 01PI6387004
Commissioned in Nassau County
Commission Expires 2/4/2023

X _____
Jazmin Patino
Progressive Legal Support
P.O. Box 85
Valley Stream, NY 11582
516-218-2050 Clerk: Clerk14

ADDITIONAL MAILING
31 AUG 2021

RECEIVED
JUL 1 6 2021
DISTRICT COURT - CIVIL TERM
99 MAIN STREET, HEMPSTEAD NY 11550